UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PREMIERE BUILDING
MATERIALS, INC. D/B/A
ORION LIGHTING SOLUTIONS,**

        **Plaintiff,**                         Case No. 2:19-cv-2953
                                          JUDGE EDMUND A. SARGUS, JR.
v.                                      Magistrate Judge Chelsey M. Vascura

**BRIGETTE CURTIS-CAMPBELL,**

        **Defendant.**

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on February 7, 2020. (ECF No. 19). Following the Report and Recommendation, the Magistrate Judge ordered Plaintiff to file any objections by February 21, 2020. (*Id.*). Nearly eleven days have passed since that deadline and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. (ECF No. 19). Further, for the reasons set forth in the Report and Recommendation, this action is **DISMISSED with PREJUDICE.** The clerk is **DIRECTED** to close this case and enter judgment in favor of Defendant.

**IT IS SO ORDERED.**

3-3-2020
DATED

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE